AO 106 (Rev. 04/10) Application for a Search Warrant

AUTHORIZED AND APPROVED/DATE:

MATTHEW
DILLON

Digitally signed by
MATTHEW DILLON
Date: 2024.01.11 21:02:26
-06'00'

# UNITED STATES DISTRICT COURT
### for the
### Western District of Oklahoma

In the Matter of the Search of

INFORMATION ASSOCIATED WITH THE GOOGLE ACCOUNT
shbeas11@gmail.com
IN THE CUSTODY OF GOOGLE LLC,
1600 AMPHITHEATRE PARKWAY, MOUNTAIN VIEW, CA 94043

)
)
)
)
)
)

Case No. M-24- 33 - AMG

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment "A"

located in the ___Northern___ District of ___California___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment "B"  which is incorporated by reference herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2339B | Providing Material Support to a Designated Foreign Terrorist Organization |

The application is based on these facts:

See attached Affidavit of FBI Special Agent Derek Wiley, which is incorporated by reference herein.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Derek Wiley, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __1/12/2024__

_____
*Judge's signature*

City and state: Oklahoma City, Oklahoma

AMANDA MAXFIELD GREEN, U.S. MAGISTRATE JUDGE
*Printed name and title*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

| | | |
|---|---|---|
| **IN THE MATTER OF THE SEARCH** | ) | |
| **OF INFORMATION ASSOCIATED** | ) | |
| **WITH THE GOOGLE ACCOUNT** | ) | **CASE NO. _____** |
| shbeas11@gmail.com | ) | |
| **IN THE CUSTODY OF GOOGLE LLC,** | ) | **FILED UNDER SEAL** |
| **1600 AMPHITHEATRE PARKWAY,** | ) | |
| **MOUNTAIN VIEW, CA 94043** | ) | |
| | ) | |

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR SEARCH WARRANT

I, Derek Wiley, being first duly sworn, Special Agent with the Federal Bureau of Investigation, being duly sworn, hereby depose and state as follows:

1.        I make this affidavit in support of an application for a search warrant for information associated with certain accounts that are stored at premises owned, maintained, controlled, or operated by Google LLC and Google Payment Corporation ("Google"), an electronic communications service and/or remote computing service provider headquartered at 1600 Amphitheater Parkway, Mountain View, California. The information to be searched is described in the following paragraphs and in **Attachment A**. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Google to disclose to the government copies of the information (including the content of communications) further described in Section I of **Attachment B**. Upon receipt of the information described in Section I of **Attachment B**, government-authorized persons will review that information to locate the items described in Section II of **Attachment B**.

2.    I am a Special Agent with the Federal Bureau of Investigation (FBI) Joint Terrorism Task Force (JTTF). I have been employed as a Special Agent with the FBI since 2016, and I am currently assigned to the Oklahoma City Division. I have participated in investigations involving individuals suspected of terrorist activities, assisted in the execution of search and arrest warrants, conducted surveillance, analyzed records, and have spoken to informants and subjects of investigations involving numerous types of federal violations including terrorism related offenses. I am a federal law enforcement officer authorized to investigate violations of United States laws and to execute warrants issued under the authority of the United States.

3.    I have personally participated in the investigation set forth below. The facts in this Affidavit come from my personal observations, my review of documents related to this investigation, oral and written communications with others who have personal knowledge of the events and circumstances described herein, a review of public source information including information available on the Internet, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show there is sufficient probable cause for the requested warrant, but it does not set forth all my knowledge of the matter.

4.    I make this affidavit in support of an application for a search warrant for the Google Account associated to shbeas11@gmail.com ("**SUBJECT ACCOUNT**"). The **SUBJECT ACCOUNT** is believed to be used by a juvenile ("D.B."). **D.B.** resided in the Western District of Oklahoma at at a known address in Piedmont, Oklahoma 73078 (the "residence") until approximately December 1, 2023. The **SUBJECT ACCOUNT** is further described in **Attachment A**. This application seeks to seize evidence for items

2

described in **Attachment B**, that constitute evidence and instrumentalities of violations of federal criminal law, namely 18 U.S.C. § 2339B (Providing material support or resources to designated foreign terrorist organizations) more particularly described in **Attachment B**.

5.    Title 18 U.S.C. § 2339B (the "criminal offense") makes it unlawful, within the United States, or for any person who is subject to the jurisdiction of the United States anywhere, to knowingly provide material support to a foreign terrorist organization ("FTO") that has been designated by the Secretary of State.

6.    Based on my training and experience and the facts as set forth in this affidavit, I submit that there is probable cause to believe that evidence of the criminal offense exists on the **SUBJECT ACCOUNT**. Specifically, I believe that there is probable cause to believe that **D.B.** has used the **SUBJECT ACCOUNT** to facilitate the criminal offense, and that there is probable cause to search the information described in **Attachment A** for evidence of the criminal offense, as described in **Attachment B**.

7.    Based on my training and experience, I am aware that individuals involved in crimes such as providing material support or resources to designated foreign terrorist organizations utilize social networking sites, email providers, internet search engines, and other online services offered by providers such as Google, in order to communicate with coconspirators or with collaborators and research means to accomplish their ciminal acts. Subjects know that law enforcement can access records of phone calls and believe that communicating via social networking sites and email accounts provides greater insulation

from law enforcement. Furthermore, these types of accounts are easily accessible from smartphones and other electronic devices, and because communication from these sites is instantaneous, it is convenient for individuals involved in criminal activity to communicate using such sites. Other evidence that can be obtained from sites such as Google includes photographs, videos, IP address information, geo-location data, internet search history, and communications containing information such as the names of possible collaborators, potential dates and targets of attacks, and locations used to store materials to be used in their criminal activity.

8.    This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction," as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A), and (c)(1)(A). Specifically, the Court is a "district court of the United States . . . that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

## PROBABLE CAUSE

9.    Since June 16, 2023, the Piedmont, Oklahoma Fire and Police Departments have been investigating a series of fires in the area near Piedmont Road North and Washington Ave East. This area is in Canadian County, Oklahoma, a location in the Western District of Oklahoma. The fires involved unoccupied homes, barns, and fields in this area.  The fires were all within less than one half of a mile of each other. The fires, prior to September 26, 2023, all occurred in the overnight hours. The fires were deemed suspicious in nature by the Piedmont Police and Fire Departments. Given the pattern of crimes and their effect on interstate commerce, both the Oklahoma State Fire Marshal's

4

Office and the Bureau of Alcohol, Tobacco, Firearms, and Explosive joined the investigation.

10.     On or about September 26, 2023, members of the Piedmont Police Department ("PPD") responded to a fire set near the intersection of 3rd Street NE and Monroe in the city limits of Piedmont. The fire was in a rancher's field, northeast of where other fires had occurred.  This area is remote with no structures in the immediate vicinity. A witness, whose identity is known to law enforcement, observed a male standing in the lot to the west of the fire, walking around and picking up items off the ground. The witness, upon seeing the nearby fire, took a photo of the subject. The witness called 911 once he/she discovered that the fire was a grass fire in the field and not a controlled burn. The witness shared the photo with responding police and fire investigators. Piedmont Police and Fire Investigators reviewed the photo from the witness. The image showed a male walking from the area of the fire. The area of the fire and where the male was walking has little to no foot traffic on a regular basis. Investigators reviewed surveillance footage from a neighbor's cameras and observed the same subject walking into the area of the field where the fire occurred, prior to it starting, and then walking back out and around the adjacent area of the neighborhood, hanging around after the fire was burning. Based on this information, investigators believed this person was likely to have started the fire.

11.     The witness informed law enforcement that he believed that the person in the video resided at a known address in Piedmont, Oklahoma (the residence).

Investigators went to this location and knocked on the door. Two people, **D.B.** and his brother ("Relative 1"), were present at the residence. **D.B.** was provided the reason for the visit. He denied involvement with the fires and denied to investigators that he was the person in the video. While speaking with **D.B.,** he told the officers that he was studying how fires originate. After learning **D.B.** was 17 years old and thus a juvenile, investigators did not ask more questions due to a parent not being present. Relative 1 looked at a photo of the person in the area of the fire and positively identified this person as **D.B.,** his brother.

12.    On September 26, 2023, PPD applied for and received a search warrant for **D.B.'s** residence related to the arson investigation. The search warrant was received and served the same day by members of the PPD.

13.    During the search, officers located fire starting material in **D.B.'s** bedroom under his bed as well as manuals from MetroTech Firefighter Education Training. The manual had information indicating **D.B.** was the owner of the binder and was enrolled in a school regarding the fire service, which is consistent with what he told investigators. The cover of this manual had handwritten, visible English and Arabic writing on it.  In large letters on the cover of the book was the word "Terrorist," and in smaller writing the phrases "I like america," and "AMERICA good" were visible. The manual was photographed but not seized during the search. After the search, the Arabic writings were translated to English and stated, "Death to America," "Death to Israel", and an Arabic prayer phrase.

14.     Subsequent to the search, PPD investigators contacted Fire Service Training program instructor Michael Paul Montgomery ("Montgomery"), at MetroTech for more information on **D.B.** Montgomery confirmed **D.B.** was a student at MetroTech in their Firefighter Education program. Montgomery stated **D.B.** was known at MetroTech by the nickname "terrorist." Montgomery said that **D.B.** knew other students called him terrorist. Montgomery informed investigators that **D.B.** was seen watching Arabic television, listening to Arabic music, and watching "terrorist training camp videos" on a MetroTech computer. Montgomery personally witnessed **D.B.** watching the terrorist training camp videos approximately one and a half years ago. At the time, Montgomery admonished **D.B.** not to watch these videos at school anymore.

15.     During the search, investigators seized two cellular phones, one desktop computer, and two external hard drives from the house. One of the items was a blue TCL brand cellular phone. The lock screen showed a destroyed city in the background which appeared to be from the Middle East. While investigators were processing the evidence, the phone kept playing an audio recording which appeared to be an Islamic "nasheed[1]."

16.     Additionally, during the search, officers found a Springfield Armory brand, Saint Victor model, AR-15 style rifle and a Glock, model 47, 9mm handgun in a bedroom belonging to **D.B.** In common areas of the residence, officers also located a 12-gauge

---

[1] A nasheed is an Islamic vocal song typically sang without music. Extremists make nasheeds containing language that encourage violence or hijrah. Hijrah is an Arabic term meaning migration to an Islamic Land. In my knowledge and experience, Islamic State of Iraq and al-Sham ("ISIS") supporters commonly refer to hijra as leaving Dar al Kufr (Land of the Non-believers) to emigrate and join ISIS overseas.

shotgun and a Smith and Wesson .22 caliber revolver. The original search warrant did not authorize the search for, nor seizure of firearms. However, all firearms, except the revolver, were seized as evidence of the juvenile being in unlawful possession of firearms since they were located in plain view of the areas authorized in the original search warrant.

17.    Officers located clothing, gloves, a headlamp, and a backpack in **D.B.'s** bedroom. After Officers located these items, they realized these items were related to a video from the overnight hours of June 9, 2023, captured via a security camera on privately owned property just east of **D.B.'s** residence. In the video, an unidentified individual wearing a mask, headlamp, camouflage clothing, a backpack, and carrying a shotgun, was seen walking around the private property in the middle of the night. The unidentified individual was captured on video walking around a group of solar panels used for farm equipment. The unidentified individual approached the equipment under the cover of darkness. The unidentified individual turned on their headlamp and realized there was a security camera pointed back at him. The unidentified individual looked at the video camera, realized he was seen, and said, "Oh fuck," and "Shit," and left the view of the camera. The property owner was disturbed by these actions and reported to PPD this unidentified individual was not allowed on his property. After reviewing the items recovered in the search warrant, officers were able to determine the items seen in this video, including the 12 Gauge shotgun, were most likely the same items recovered from **D.B.'s** residence. A still capture from the June 9, 2023, video is depicted below.



18.    PPD seized multiple electronics pursuant to their search warrant on September 26, 2023. On September 28, 2023, PPD investigators applied for and received a Canadian County search warrant to forensically process the electronics for evidence related to their case. On September 28, 2023, at the request of PPD Police Chief Shayne Clark, the electronics were provided to the OCPD for forensic processing. The request was made because PPD did not have the requisite tools to forensically analyze the devices.

19.    The FBI Oklahoma City JTTF was made aware of PPD's investigation on or about September 27, 2023. FBI opened an investigation into **D.B.** The investigation concerns possible violations of Title 18 U.S.C. § 2339B, providing material support or resources to designated foreign terrorist organizations.

20.    Pursuant to the PPD investigation into "Allowing Minors to Possess Firearm," a violation of Title 21 O.S. 1273A, PPD applied for and received an additional search warrant on September 29, 2023, for **D.B.'s** residence. The warrant was served by PPD with the assistance of ATF and the FBI JTTF. No additional firearms were recovered during this search. Investigators did locate a Metro Tech Firefighter Education binder in **D.B.'s** bedroom. The binder had the word "Terrorist" written on it along with multiple Arabic phrases. The binder appeared to be the same binder referenced in paragraph 13. A photograph of **D.B.'s** Metro Tech binder is depicted below. Additionally, investigators located and photographed a journal in **D.B.'s** bedroom where the author was writing words in Arabic as if learning the language. The writings were translated from Arabic to English by FBI Language Services. FBI Language Services translated that the author of the documents lambasted what they deemed a "country of fools". The author praised Abu-Mus'ab Al-Adnani[2] and the righteous State, pointing out that they will bring back glory to Islam. The author referred to a chant, titled: "Baqaya Al-Majd" or "The Remains of Glory". The author scribbled various Arabic text, with reference to Jews, America, knives, life/death, and an infidel leader. There were also hand-drawn flags inside the notebook (see below).

---

[2] Abu-Mus'ab Al-Adnani was the official spokesperson and a senior leader of the Islamic State (ISIS) until he was killed in 2016 by U.S. coalition forces in the Aleppo Province of Syria.



In my training and experience, I believe that some of the hand-drawn flags were intended to depict the ISIS[3] flag (see below).

---

[3] On or about October 15, 2004, the U.S. Secretary of State designated al Qaeda in Iraq ("AQI"), then known as Jam'at al Tawhid wa'al-Jihad, as a Foreign Terrorist



21.    At the request of PPD and OCPD, copies of extractions of the electronics

were sent to the FBI JTTF for additional review.

22.    FBI JTTF analysts reviewed copies of the extractions of the desktop

computer used by **D.B.** During the review, analysts discovered a Google account,

---

Organization ("FTO") under Section 219 of the Immigration and Nationality Act (the
"INA") and as a Specially Designated Global Terrorist under section 1(b) of Executive
Order 13224.  On or about May 15, 2014, the Secretary of State amended the designation
of AQI as an FTO under Section 219 of the INA and as a Specially Designated Global
Terrorist entity under section 1(b) of Executive Order 13224 to add the alias Islamic State
of Iraq and the Levant ("ISIL") as its primary name.  The Secretary also added the
following aliases to the FTO listing: the Islamic State of Iraq and al-Sham (*i.e.*, "ISIS"—
which is how the FTO will be referenced herein), the Islamic State of Iraq and Syria, ad-
Dawla al-Islamiyya fi al-'Iraq wa-sh-Sham, Daesh, Dawla al Islamiya, and Al-Furqan
Establishment for Media Production.  On September 21, 2015, the Secretary added the
following aliases to the FTO listing: Islamic State, ISIL, and ISIS.  To date, ISIS remains
a designated FTO.

shbeas11@gmail.com (**SUBJECT ACCOUNT**), associated with **D.B.** The reviews of the desktop computer included results from Google Chrome Data, Chrome Bookmark Data, Chrome Cache Data, Chrome Keyword Search Terms, Chrome Shortcuts, Chrome Top Sites, Chrome Web History, Chrome Web Visits, Internet Explorer Favorites Data, and WebKit Browser Web History Data. Among the Chrome Shortcuts was a shortcut to the Google email inbox for the **SUBJECT ACCOUNT**.  The following were items of note that were found during the reviews. Among the Google Chrome Data, Chrome cache records were found that included multiple images of content in Arabic to include images of an individual from a video known to the FBI which depicts a Chechen individual discussing martyrdom. The image was of Shamil Basayev, a known terrorist and the planner of the Beslan School Siege in September 2004 as well as other terrorist attacks. Among the Internet Explorer data, Internet Explorer favorites were found. Those favorites included "Al-Qaeda_Training_Manual", "CIAExplosivesForSabotageManual", and "improvised-suppressors_202009". The WebKit Browser Web History Data included archived data on the "SOE & CIA Training Manual" and "Improvised Munitions Handbook".  Additionally, the review revealed nine audio files assessed to be nasheeds. The files were all what appeared to be Arabic or other Middle Eastern languages. The following Arabic words were detected within the nasheeds: Chechnya, jihad, baqiyah (remaining), and dawla[4] (state). Based on my training and experience, these terms are

---

[4] Dawla is a common term used to describe ISIS.

consistent with terms found in nasheeds produced by Salafi jihadi groups such as al

Qa'ida[5] and ISIS.

23.     FBI reviewed records from Google which utilized a search of **D.B.**'s

identifiers and the **SUBJECT ACCOUNT**. That review confirmed that the **SUBJECT**

**ACCOUNT** belonged to **D.B.** and the **SUBJECT ACCOUNT** is the only Gmail account

known to be utilized by **D.B.**. It is probable that a search of the **SUBJECT ACCOUNT**

will assist law enforcement in determining if **D.B.** had taken any affirmative steps in

committing the criminal offense as well as identifying others who may have recruited

**D.B.** to commit such activity or sent him videos or other materials in an attempt to

radicalize **D.B.** into their beliefs.

## BACKGROUND CONCERNING GOOGLE[6]

24.     Google is a United States company that offers to the public through its Google

Accounts a variety of online services, including email, cloud storage, digital payments, and

---

[5] On or about October 8, 1999, the United States Secretary of State designated al Qa'ida ("AQ"), also known as al Qaeda, as a Foreign Terrorist Organization ("FTO") under Section 219 of the Immigration and Nationality Act and as a Specially Designated Global Terrorist entity under section 1(b) of Executive Order 13224. The Secretary of State also added the following aliases to the FTO listing: "the Base," the Islamic Army, the World Islamic Front for Jihad Against Jews and Crusaders, the Islamic Army for the Liberation of the Holy Places, the Usama Bin Laden Network, the Usama Bin Laden Organization, Islamic Salvation Foundation, and The Group for the Preservation of the Holy Sites. To date, AQ remains a designated FTO.

[6] The information in this section is based on information published by Google on its public websites, including, but not limited to, the following webpages: the "Google legal policy and products" page available to registered law enforcement at lers.google.com; product pages on support.google.com; or product pages on about.google.com.

productivity applications, which can be accessed through a web browser or mobile applications. Google also offers to anyone, whether or not they have a Google Account, a free web browser called Google Chrome, a free search engine called Google Search, a free video streaming site called YouTube, a free mapping service called Google Maps, and a free traffic tracking service called Waze. Many of these free services offer additional functionality if the user signs into their Google Account.

25.    In addition, Google offers an operating system ("OS") for mobile devices, including cellular phones, known as Android. Google also sells devices, including laptops, mobile phones, tablets, smart speakers, security cameras, and wireless routers. Users of Android and Google devices are prompted to connect their device to a Google Account when they first turn on the device, and a Google Account is required for certain functionalities on these devices.

26.    Signing up for a Google Account automatically generates an email address at the domain gmail.com. That email address will be the log-in username for access to the Google Account.  Gmail can be accessed through a web browser or a mobile application. Additional email addresses ("recovery," "secondary," "forwarding," or "alternate" email addresses) can be associated with the Google Account by the user. Google preserves emails associated with a Google Account indefinitely, unless the user deletes them.

27.    Google advertises its services as "One Account. All of Google working for you." Once logged into a Google Account, a user can connect to Google's full suite of services offered to the general public, described in further detail below. In addition, Google keeps certain records indicating ownership and usage of the Google Account across services, described further after the description of services below.

15

28.    <u>Google Contacts</u>.  Google provides an address book for Google Accounts through Google Contacts. Google Contacts stores contacts the user affirmatively adds to the address book, as well as contacts the user has interacted with in Google products. Google Contacts can store up to 25,000 contacts. Users can send messages to more than one contact at a time by manually creating a group within Google Contacts or communicate with an email distribution list called a Google Group. Users have the option to sync their Android mobile phone or device address book with their account so it is stored in Google Contacts. Google preserves contacts indefinitely, unless the user deletes them. Contacts can be accessed from the same browser window as other Google products like Gmail and Calendar.

29.    <u>Google Calendar</u>. Google provides an appointment book for Google Accounts through Google Calendar, which can be accessed through a browser or mobile application. Users can create events or RSVP to events created by others in Google Calendar. Google Calendar can be set to generate reminder emails or alarms about events or tasks, repeat events at specified intervals, track RSVPs, and auto-schedule appointments to complete periodic goals (like running three times a week). A single Google Account can set up multiple calendars. An entire calendar can be shared with other Google Accounts by the user or made public so anyone can access it. Users have the option to sync their mobile phone or device calendar so it is stored in Google Calendar. Google preserves appointments indefinitely, unless the user deletes them. Calendar can be accessed from the same browser window as other Google products like

16

Gmail and Calendar.

30.    <u>Google Chats and Messages</u>. Google provides several messaging services including Duo, Messages, Hangouts, Meet, and Chat. These services enable real-time text, voice, and/or video communications through browsers and mobile applications, and also allow users to send and receive text messages, videos, photos, locations, links, and contacts. Google may retain a user's messages if the user hasn't disabled that feature or deleted the messages, though other factors may also impact retention. Google does not retain Duo voice calls, though it may retain video or voicemail messages.

31.    <u>Google Drive</u>. Google Drive is a cloud storage service automatically created for each Google Account. Users can store an unlimited number of documents created by Google productivity applications like Google Docs (Google's word processor), Google Sheets (Google's spreadsheet program), Google Forms (Google's web form service), and Google Slides, (Google's presentation program). Users can also upload files to Google Drive, including photos, videos, PDFs, and text documents, until they hit the storage limit. Users can set up their personal computer or mobile phone to automatically back up files to their Google Drive Account. Each user gets 15 gigabytes of space for free on servers controlled by Google and may purchase more through a subscription plan called Google One.  In addition, Google Drive allows users to share their stored files and documents with up to 100 people and grant those with access the ability to edit or comment. Google maintains a record of who made changes when to documents edited in Google productivity applications. Documents shared with a user are

17

saved in their Google Drive in a folder called "Shared with me." Google preserves files stored in Google Drive indefinitely, unless the user deletes them.

32.    Google Keep. Google Keep is a cloud-based notetaking service that lets users take notes and share them with other Google users to view, edit, or comment. Google Keep notes are stored indefinitely, unless the user deletes them. Android device users can also use Google Drive to backup certain data from their device. Android backups on Google Drive may include mobile application data, device settings, file downloads, and SMS messages. If a user subscribes to Google's cloud storage service, Google One, they can opt to backup all the data from their device to Google Drive.

33.    Google Photos.  Google offers a cloud-based photo and video storage service called Google Photos. Users can share or receive photos and videos with others. Google Photos can be trained to recognize individuals, places, and objects in photos and videos and automatically tag them for easy retrieval via a search bar. Users have the option to sync their mobile phone or device photos to Google Photos. Google preserves files stored in Google Photos indefinitely, unless the user deletes them.

34.    Google Maps. Google offers a map service called Google Maps which can be searched for addresses or points of interest. Google Maps can provide users with turn-by-turn directions from one location to another using a range of transportation options (driving, biking, walking, etc.) and real-time traffic updates. Users can share their real-time location with others through Google Maps by using the Location Sharing feature. And users can find and plan an itinerary using Google Trips. A Google Account is not

required to use Google Mats, but if users log into their Google Account while using

Google Maps, they can save locations to their account, keep a history of their Google

Maps searches, and create personalized maps using Google My Maps. Google stores

Maps data indefinitely, unless the user deletes it.

35.    Google Location History. Google collects and retains data about the

location at which Google Account services are accessed from any mobile device, as well

as the periodic location of Android devices while they are in use. This location data can

derive from a range of sources, including GPS data, Wi-Fi access points, cell-site

locations, geolocation of IP addresses, sensor data, user searches, and Bluetooth beacons

within range of the device. According to Google, this location data may be associated

with the Google Account signed-in or registered to the device when Location Services

are activated on the device and the user has enabled certain global settings for their

Google Account, such as Location History or Web & App Activity tracking.  The data

retained may be both precision location data, like latitude and longitude coordinates

derived from GPS, and inferential location data, such as the inference that a Google

Account is in New York because it conducts a series of searches about places to eat in

New York and directions from one New York location to another. Precision location data

is typically stored by Google in an account's Location History and is assigned a latitude-

longitude coordinate with a meter radius margin of error. Inferential data is stored with an

account's Web & App Activity. Google maintains these records indefinitely for accounts

created before June 2020, unless the user deletes it or opts to automatically delete their

19

Location History and Web & App Activity after three or eighteen months. Accounts created after June 2020 auto-delete Location History after eighteen months unless the user affirmatively changes the retention setting to indefinite retention or auto-deletion at three months.

36.     Google Pay and records of payments for Google services. A subsidiary of Google, Google Payment Corporation, provides Google Accounts an online payment service called Google Pay (previously Google Wallet), which stores credit cards, bank accounts, and gift cards for users and allows them to send or receive payments for both online and brick-and-mortar purchases, including any purchases of Google services. Users may delete some data associated with Google Pay transactions from their profile, but Google Payment Corporation retains some records for regulatory purposes.

37.     Chrome and My Activity. Google offers a free web browser service called Google Chrome which facilitates access to the Internet. Chrome retains a record of a user's browsing history and allows users to save favorite sites as bookmarks for easy access. If a user is logged into their Google Account on Chrome and has the appropriate settings enabled, their browsing history, bookmarks, and other browser settings may be saved to their Google Account in a record called My Activity.

38.     Google Play. Google Accounts can buy electronic media, like books, movies, and music, and mobile applications from the Google Play Store. Google Play records can include records of whether a particular application has been or is currently installed on a device. Users cannot delete records of Google Play transactions without

20

deleting their entire Google Account.

39.     <u>Google Voice.</u> Google offers a service called Google Voice through which a Google Account can be assigned a telephone number that can be used to make, record, and forward phone calls and send, receive, store, and forward SMS and MMS messages from a web browser, mobile phone, or landline. Google Voice also includes a voicemail service. Records are stored indefinitely, unless the user deletes them.

40.     <u>YouTube.</u> Google also offers a video platform called YouTube that offers Google Accounts the ability to upload videos and share them with others. Users can create a YouTube channel where they can upload videos, leave comments, and create playlists available to the public. Users can subscribe to the YouTube channels of others, search for videos, save favorite videos, like videos, share videos with others, and save videos to watch later. More than one user can share control of a YouTube channel. YouTube may keep track of a user's searches, likes, comments, and change history to posted videos. YouTube also may keep limited records of the IP addresses used to access particular videos posted on the service. Users can also opt into a setting to track their YouTube Watch History. For accounts created before June 2020, YouTube Watch History is stored indefinitely, unless the user manually deletes it or sets it to auto-delete after three or eighteen months. For accounts created after June 2020, YouTube Watch History is stored for three years, unless the user manually deletes it or sets it to auto-delete after three or eighteen months.

41.     Google integrates its various services to make it easier for Google Accounts

to access the full Google suite of services. For example, users accessing their Google Account through their browser can toggle between Google Services via a toolbar displayed on the top of most Google service pages, including Gmail and Drive. Google Hangout, Meet, and Chat conversations pop up within the same browser window as Gmail. Attachments in Gmail are displayed with a button that allows the user to save the attachment directly to Google Drive. If someone shares a document with a Google Account user in Google Docs, the contact information for that individual will be saved in the user's Google Contacts. Google Voice voicemail transcripts and missed call notifications can be sent to a user's Gmail account. And if a user logs into their Google Account on the Chrome browser, their subsequent Chrome browser and Google Search activity is associated with that Google Account, depending on user settings.

42.    When individuals register with Google for a Google Account, Google asks users to provide certain personal identifying information, including the user's full name, telephone number, birthday, and gender. If a user is paying for services, the user must also provide a physical address and means and source of payment.

43.    Google typically retains and can provide certain transactional information about the creation and use of each account on its system. Google captures the date on which the account was created, the length of service, log-in times and durations, the types of services utilized by the Google Account, the status of the account (including whether the account is inactive or closed), the methods used to connect to the account (such as logging into the account via Google's website or using a mobile application), details

22

about the devices used to access the account, and other log files that reflect usage of the account. In addition, Google keeps records of the Internet Protocol ("IP") addresses used to register the account and accept Google's terms of service, as well as the IP addresses associated with particular logins to the account. Because every device that connects to the Internet must use an IP address, IP address information can help to identify which computers or other devices were used to access the Google Account.

44.    Google maintains the communications, files, and associated records for each service used by a Google Account on servers under its control. Even after a user deletes a communication or file from their Google Account, it may continue to be available on Google's servers for a certain period of time.

45.    In my training and experience, evidence of who was using a Google account and from where, and evidence related to criminal activity of the kind described above, may be found in the files and records described above. This evidence may establish the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or, alternatively, to exclude the innocent from further suspicion. For example, the IP information obtained maintained by Google can be used to determine the location of the user of the Google Account, and can facilitate identifying a subject and can establish venue.

46.    Based on my training and experience, messages, emails, voicemails, photos, videos, documents, and internet searches are often created and used in

23

furtherance of criminal activity, including to communicate and facilitate the offenses under investigation. Thus, stored communications and files connected to a Google Account may provide direct evidence of the offenses under investigation. For example, this data could be used to establish to whose benefit the suspected personal purchases were intended.

47.    In addition, the user's account activity, logs, stored electronic communications, and other data retained by Google can indicate who has used or controlled the account. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, subscriber information, email and messaging logs, documents, and photos and videos (and the data associated with the foregoing, such as geo-location, date and time) may be evidence of who used or controlled the account at a relevant time. As an example, because every device has unique hardware and software identifiers, and because every device that connects to the Internet must use an IP address, IP address and device identifier information can help to identify which computers or other devices were used to access the account. Such information also allows investigators to understand the geographic and chronological context of access, use, and events relating to the crime under investigation.

48.    Account activity may also provide relevant insight into the account owner's state of mind as it relates to the offenses under investigation. For example, information on the account may indicate the owner's motive, intent, absence of mistake, or lack of

accident in committing a crime (*e.g.,* information indicating a plan to commit a crime), or consciousness of guilt (*e.g.,* deleting account information in an effort to conceal evidence from law enforcement).

49.     Other information connected to the use of a Google account may lead to the discovery of additional evidence.  For example, the apps downloaded from the Google Play store may reveal services used in furtherance of the crimes under investigation, accounts used to transfer money or make purchases, or services used to communicate with co-conspirators. In addition, emails, instant messages, Internet activity, documents, and contact and calendar information can lead to the identification of co-conspirators and instrumentalities of the crimes under investigation.

50.     Therefore, Google's servers are likely to contain stored electronic communications and information concerning subscribers and their use of Google services.  In my training and experience, such information may constitute evidence of the crimes under investigation including information that can be used to identify the account's user or users.

## CONCLUSION

51.     I submit that this affidavit supports probable cause for a warrant to search the **SUBJECT ACCOUNT** described in **Attachment A** and seize the items described in **Attachment B**. I believe there is probable cause that the **SUBJECT ACCOUNT** will

contain evidence of violations of 18 U.S.C. § 2339B, providing material support or resources to designated foreign terrorist organizations.


DEREK WILEY
Special Agent
Federal Bureau of Investigation


Subscribed and sworn to before me this __12th__ day of January, 2024.


AMANDA MAXFIELD GREEN
United States Magistrate Judge

26

## ATTACHMENT A

**Description of Places to Be Searched**

This warrant applies to information associated with **shbeas11@gmail.com**
**(SUBJECT ACCOUNT)** that is stored at premises owned, maintained, controlled, or
operated by Google LLC and Google Payment Corporation, a company headquartered at
1600 Amphitheatre Parkway, Mountain View, CA 94043.

## ATTACHMENT B

### Particular Things to be Seized

I.  **Information to be disclosed by Google LLC and Google Payment Corporation ("Google")**

To the extent that the information described in Attachment A is within the possession, custody, or control of Google, regardless of whether such information is located within or outside of the United States, and including any emails, records, files, logs, or information that has been deleted but is still available to Google, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Google is required to disclose the following information to the government for each account or identifier listed in Attachment A from January 1, 2023 to present:

a.  All business records and subscriber information, in any form kept, pertaining to the **SUBJECT ACCOUNT**, including:

   1. Names (including subscriber names, user names, and screen names);

   2. Addresses (including mailing addresses, residential addresses, business addresses, and email addresses, including alternate and recovery email addresses);

   3. Telephone numbers, including SMS recovery and alternate sign-in numbers;

   4. Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions, including log-in IP addresses;

5. Telephone or instrument numbers or other subscriber numbers or identities, including any temporarily assigned network address, SMS recovery numbers, Google Voice numbers, and alternate sign-in numbers

6. Length of service (including start date and creation IP) and types of service utilized;

7. Means and source of payment (including any credit card or bank account number); and

8. Change history.

b. All device information associated with the **SUBJECT ACCOUNT,** including but not limited to, manufacture names, model numbers, serial number, media access control (MAC) addresses, international mobile equipment identifier (IMEI) numbers, FCC ID numbers, Android IDs, and telephone numbers;

c. Records of user activity for each connection made to or from the **SUBJECT ACCOUNT,** including, for all Google services, the date, time, length, and method of connection, data transfer volume, user names, source and destination IP address, name of accessed Google service, and all activity logs;

d. The contents of all emails associated with the **SUBJECT ACCOUNT,** including stored or preserved copies of emails sent to and from the account, draft emails, and deleted emails; attachments; the source and destination addresses associated with each email; the size, length, and timestamp of each email; and true and accurate

2

header information including the actual IP addresses of the sender and recipients of the emails.

e. All forwarding or fetching accounts relating to the **SUBJECT ACCOUNT**;

f. Any records pertaining to the **SUBJECT ACCOUNT** user's contacts, including: address books; contact lists; social network links; groups, including Google Groups to which the user belongs or communicates with; user settings; and all associated logs and change history;

g. Any records pertaining to the **SUBJECT ACCOUNT** user's calendar(s), including: Google Calendar events; Google Tasks; reminders; appointments; invites; and goals; the sender and recipients of any event invitation, reminder, appointment, or task; user settings; and all associated logs and change history;

h. The contents of all text, audio, and video messages associated with the **SUBJECT ACCOUNT**, including Chat, Duo, Hangouts, Meet, and Messages (including SMS, MMS, and RCS), in any format and however initially transmitted, including, but not limited to: stored, deleted, and draft messages, including attachments and links; the source and destination addresses associated with each communication, including IP addresses; the size, length, and timestamp of each communication; user settings; and all associated logs, including access logs and change history;

i. The contents of all records associated with the **SUBJECT ACCOUNT** in Google Drive (including Docs, Sheets, Forms, and Slides) and Google Keep, including:

3

files, folders, media, notes and note titles, lists, applications, and other data uploaded, created, stored, or shared with the account including drafts and deleted records; third-party application data and backups; SMS data and device backups; the creation and change history of each record; accounts with access to or which previously accessed each record; any location, device, other Google service (such as Google Classroom or Google Group), or third-party application associated with each record; and all associated logs, including access logs and IP addresses, of each record;

j.  The contents of all media associated with the **SUBJECT ACCOUNT** in Google Photos, including: photos, GIFs, videos, animations, collages, icons, or other data uploaded, created, stored, or shared with the **SUBJECT ACCOUNT**, including drafts and deleted records; accounts with access to or which previously accessed each record; any location, device, or third-party application data associated with each record; and all associated logs of each record, including the creation and change history, access logs, and IP addresses;

k.  All maps data associated with the **SUBJECT ACCOUNT**, including Google Maps and Google Trips, including: all saved, starred, and privately labeled locations; search history; routes begun; routes completed; mode of transit used for directions; My Maps data; accounts and identifiers receiving or sending Location Sharing information to the account; changes and edits to public places; and all

4

associated logs, including IP addresses, location data, and timestamps, and change history;

l.  All Location History and Web & App Activity indicating the location at which the **SUBJECT ACCOUNT** was active, including the source of the data, date and time, latitude and longitude, estimated accuracy, device and platform, inferences drawn from sensor data (such as whether a user was at rest, walking, biking, or in a car), and associated logs and user settings, including Timeline access logs and change and deletion history;

m.  All payment and transaction data associated with the **SUBJECT ACCOUNT**, such as Google Pay and Google Wallet, including: records of purchases, money transfers, and all other transactions; address books; stored credit; gift and loyalty cards; associated payment cards, including any credit card or bank account number, PIN, associated bank, and other numbers; and all associated access and transaction logs, including IP address, time stamp, location data, and change history;

n.  All Internet search and browsing history, and application usage history, including Web & App Activity, Voice & Audio History, Google Assistant, and Google Home, including: search queries and clicks, including transcribed or recorded voice queries and Google Assistant responses; browsing history, including application usage; bookmarks; passwords; autofill information; alerts,

5

subscriptions, and other automated searches, including associated notifications and creation dates; user settings; and all associated logs and change history;

o.  All activity relating to Google Play, including: downloaded, installed, purchased, used, and deleted applications, movies, music, television shows, books, magazines, and other files; details of the associated device and Android ID for each application, medium, or file; payment transactions; user settings; and all associated logs, including IP addresses, timestamps, and change history;

p.  All Google Voice records associated with the **SUBJECT ACCOUNT**, including: forwarding and other associated telephone numbers, connection records; call detail records; SMS and MMS messages, including draft and deleted messages; voicemails, including deleted voicemails; user settings; and all associated logs, including access logs, IP addresses, location data, timestamps, and change history;

q.  All YouTube associated with the **SUBJECT ACCOUNT**, including: viewed videos, uploaded videos, saved videos, channels, purchases and memberships, time watched, library history and playlists, notifications, comments, likes, and follows.

Google is hereby ordered to disclose the above information to the government within 14 days of issuance of this warrant.

**II.     Information to be seized by the government**

All information described above in Section I that constitutes fruits, evidence, and/or instrumentalities of violations of 18 U.S.C. § 2339B (Providing material support

or resources to designated foreign terrorist organizations) and those violations involving **D.B.** and occurring January 1, 2023, to present, including, for the Account or identifier listed on Attachment A, information pertaining to the following matters:

   a. Wire or electronic communications, records, and information identifying co-conspirators and accomplices;

   b. Evidence indicating how and when the **SUBJECT ACCOUNT** was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crimes listed above and to the email account owner;

   c. Evidence indicating the **SUBJECT ACCOUNT** owner's state of mind as it relates to the crime under investigation;

   d. Evidence indicating the **SUBJECT ACCOUNT** owner's motive, opportunity, intent, preparation, plan, knowledge, identity, absence of mistake, or lack of accident as it relates to the crimes listed above;

   e. The identity of the person(s) who created or used the **SUBJECT ACCOUNT**, including records that help reveal the whereabouts of such person(s); and

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the

7

investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.